## U.S. DISTRICT COURT
### FOR THE WESTERN DISTRICT OF MICHIGAN
### SOUTHERN DIVISION

DAVID WOELLPER

      Plaintiff,

v

GEORGETOWN DRYWALL, INC., JOHN
MERRITT, and KRISTI MERRITT,
Individually and Personally,

      Defendants.

Case No: 1:06-CV-0248

Hon. Hugh W. Brenneman, Jr.

_____/

## ORDER TO DISMISS

Upon the reading and filing of the foregoing Stipulation, and the Court being fully advised in the premises;

IT IS HEREBY ORDERED that the above-captioned matter is hereby dismissed with prejudice and without costs or attorneys fees for the reason that the parties have amicably resolved their differences.

June 25, 2007
          Date

/s/ Hugh W. Brenneman, Jr.
Hugh W. Brenneman, Jr.
U.S. Magistrate Judge

Prepared By:
Stacy Stine (P60765)